# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

      v.                      Crim. No. 7:08-CR-136-5BR

CINDY TILLEY GREER

On August 10, 2012, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                  Respectfully submitted,

                                  /s/ Robert K. Britt  
                                Robert K. Britt  
                                Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_16\_\_\_ day of \_\_\_April\_\_\_, 2014.

                                W. Earl Britt  
                                Senior U.S. District Judge